James J. Romag, Esq., SBN: 241887
Michael S. Smith, Esq., SBN: 268756
Ashley N. Grindstaff, Esq., SBN: 300964
**BROWN, KORO & ROMAG, LLP**
2440 Camino Ramon, Suite 385
San Ramon, CA 94583
Phone: 925-830-4878
Fax: 925-830-4879

Attorneys for Plaintiffs,
**MICHAEL D'ALEO and LYNNE D'ALEO**

JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| Michael D'Aleo and Lynne D'Aleo, <br><br> Plaintiffs, <br><br> v. <br><br> Robert A. Dworshak; Maribel Pina; EAN Holdings, LLC; Enterprise Rent-A-Car of Los Angeles, LLC, Does 1-100, inclusive, <br><br> Defendants. | No. ED CV18-02110 JGB (SHK) <br><br> ORDER TO DISMISS DEFENDANT ROBERT A. DWORSHAK WITHOUT PREJUDICE AND TO REMAND CASE TO STATE COURT <br><br> [Fed. R. Civ. P. 41(a)(1)(A)(ii)] <br> Honorable Jesus G. Bernal |

Pursuant to the Parties' Stipulation and finding good cause, IT IS ORDERED:

1) Plaintiffs Complaint against Defendant Robert A. Dworshak is hereby dismissed without prejudice, under Fed. R. Civ. P. 41(a)(1)(A)(ii), each side to bear its own costs, fees, and expenses;

2) The remaining action, CV18-02110 JGB (SHK), is hereby remanded to the Superior Court of California – Riverside County Case # MCC1800871.

Dated: November 13, 2018

Honorable Jesus G. Bernal

1